FILED

13 MAY 28 PM 12: 07

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.      CASE NO. 8:13-Cr- 272 T 24 TGW
    18 U.S.C. § 641
JENNIFER MEIER HUNT      18 U.S.C. § 1028A
    Forfeiture   18 U.S.C. § 981(a)(1)(C)
    28 U.S.C. § 2461(c)

## INFORMATION

The United States Attorney charges:

### COUNT ONE

From an unknown date prior to February 2, 2011 and continuing thereafter, through and including at least the end of May 2011, in Hillsborough County, in the Middle District of Florida, and elsewhere,

JENNIFER MEIER HUNT,

defendant herein, did knowingly and willfully steal, embezzle, purloin and convert to her own use, more than $97,000 in United States currency with the intent to deprive the owner of the use and benefit of the property so taken, said funds being tax refunds which were the property of the United States Treasury and of the United States of America, issued as a result of her filing 75 fraudulent 2010 U.S. Individual Income Tax Returns.

In violation of Title 18, United States Code, Section 641.

## COUNT TWO

On or about March 2, 2011, in Hillsborough County, in the Middle District of Florida,

JENNIFER MEIER HUNT,

the defendant herein, did knowingly and willfully transfer, possess and use without lawful authority, a means of identification of another person, to wit: the name and social security number of an individual with the initials of C.K, during and in relation to the felony offense of theft of government property.

In violation of Title 18, United States Code, Section 1028A.

## FORFEITURE

1. The allegations contained in Count One of this Information are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. The defendant, JENNIFER MEIER HUNT, upon conviction of the offense charged in Count One, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. The property to be forfeited includes, but is not limited to, a forfeiture money judgment of at least $97,238.00, representing the amount of proceeds traceable to the theft of government property.

3.   If any of the property described above, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

ROBERT E. O'NEILL
United States Attorney

By: _____
DONALD L. HANSEN
Assistant United States Attorney
Senior Litigation Counsel

By: _____
W. STEPHEN MULDROW
Assistant United States Attorney
Chief, General Crimes Section